the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

CLEMENTE CONSTRUCTION CORPORATION and DANIEL J. FALLON and Others, as Trustees, Respondents, v. P. T. COX CONTRACTING COMPANY, INC., Appellant. — Order unanimously reversed, without costs, and the motion granted, on condition that defendant consent to a jury trial, and waive the right to open and close case if entitled thereto. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DEBER PASTRY MANUFACTURING COMPANY, INC.— Motion for reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GENERAL ELECTRIC COMPANY v. NEW YORK CONTRACT PURCHASE CORPORATION (Formerly Known as GENERAL CONTRACT PURCHASE CORPORATION) and INDUSTRIAL ACCEPTANCE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GEORGE CAMPO, an Infant, by GIOVANNI CAMPO, His Guardian ad Litem, and GIOVANNI CAMPO v. NATHAN LOEWUS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

DAVID POGORSKY v. S. & E. MOTOR HIRE CORPORATION and HAROLD MOLLOY. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELEVENTH AVENUE & 46TH STREET CORPORATION v. WILLIAM STANLEY MILLER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AARON B. RAPPAPORT v. RUFUS SCOTT and ANNA SCOTT.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ARTHUR W. CORSE, as Executor, etc., of JOHN CORSE, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. LILLIAN LIGGINS and GEORGIA RANDALL.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISABELLA HOFFMAN and Others v. FIREMAN'S FUND INDEMNITY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ISABELLA HOFFMAN and Others v. FIREMAN'S FUND INDEMNITY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the General Assignment of the H. & M. TRANSPORTATION, INC., to JOSEPH B. FINKELSTEIN and ADAM W. SANDEL, for the Benefit of Creditors. THE SERBER RUBBER CO., INC., Respondent; JOSEPH B. FINKELSTEIN and ADAM W. SANDEL, Appellants.— Motion for leave to appeal to the Court of Appeals or